1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11                            ----oo0oo----

12  CONNIE ARNOLD, an individual,    CIV. NO. 2:15-2407 WBS KJN

13             Plaintiff,            ORDER SETTING EARLY SETTLEMENT
                                     CONFERENCE AND STAY
14        v.

15  LAKE NATOMA LODGING, L.P., a
    California partnership,
16

17             Defendant.

18
                              ----oo0oo----
19

20           The court has determined that this case is appropriate

21  for an early settlement conference before the assigned Magistrate

22  Judge.  The parties shall contact the assigned Magistrate Judge's

23  courtroom deputy no later than March 28, 2016 by phone or email

24  to schedule an early settlement conference.  The early settlement

25  conference shall be conducted no later than April 15, 2016.

26  Contact information for the assigned Magistrate Judge is

27  available at www.caed.uscourts.gov under the "Judges" tab.

28           Each party is ordered to have a principal with full

                                    1

1  settlement authority present at the conference or be fully

2  authorized to settle the matter on any terms.  No later than

3  seven days before the date of the early settlement conference,

4  counsel for each party shall submit a confidential Settlement

5  Conference Statement to the settlement judge.  Such statements

6  shall not be filed, but shall be emailed to

7  KJNorders@caed.uscourts.gov.  Upon emailing the Settlement

8  Conference Statement, each party shall e-file a one page document

9  entitled "Notice of Submission of Confidential Settlement

10  Conference Statement."

11        If the parties are willing to waive disqualification of

12  the assigned Magistrate Judge, no later than seven days before

13  the date of the early settlement conference, counsel for each

14  party shall file a written waiver pursuant to Local Rule 270(b).

15  Absent the filing of a waiver of disqualification by each party,

16  the settlement conference will be vacated and reassigned to

17  another Magistrate Judge.

18        To avoid the unnecessary expenditure of costs and

19  attorney's fees, this action is hereby stayed pending conclusion

20  of the early settlement conference.  No later than five days

21  after the settlement conference, the parties shall file a joint

22  statement indicating whether a settlement was reached.

23        The court hereby resets the Status (Pretrial

24  Scheduling) Conference for May 23, 2016 at 1:30 PM.  If a

25  settlement is not reached at the early settlement conference, the

26  parties shall submit an Amended Joint Status Report no later than

27  May 9, 2016.

28        IT IS SO ORDERED.

Dated:   March 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE