UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CONNIE ARNOLD, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>LAKE NATOMA LODGING, L.P., a California partnership,<br><br>            Defendant. | CIV. NO. 2:15-2407 WBS KJN<br><br>AMENDED ORDER SETTING EARLY SETTLEMENT CONFERENCE AND STAY |

----oo0oo----

IT IS HEREBY ORDERED that:

(1) due to the unavailability of the assigned Magistrate Judge, the deadline to conduct the early settlement conference set in this court's March 8, 2016 Order Setting Early Settlement Conference and Stay, (Docket No. 9), is extended from April 15, 2016 to **June 10, 2016**;

(2) the parties shall contact the assigned Magistrate Judge's courtroom deputy no later than **April 8, 2016** by phone or email to schedule the early settlement conference.  Contact

1

information for the assigned Magistrate Judge is available at www.caed.uscourts.gov under the "Judges" tab;

(3) each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms;

(4) no later than seven days before the date of the early settlement conference, counsel for each party shall submit a confidential Settlement Conference Statement to the settlement judge.  Such statements shall not be filed, but shall be emailed to KJNorders@caed.uscourts.gov.  Upon emailing the Settlement Conference Statement, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement";

(5) no later than seven days before the date of the early settlement conference, counsel for each party shall file a waiver of disqualification of the assigned Magistrate Judge pursuant to Local Rule 270(b).  Absent the filing of a waiver of disqualification by each party, the settlement conference will be vacated and reassigned to another Magistrate Judge;

(6) to avoid the unnecessary expenditure of costs and attorney's fees, this action is stayed pending conclusion of the early settlement conference;

(7) no later than five days after the settlement conference, the parties shall file a joint statement indicating whether a settlement was reached;

(8) if a settlement is not reached at the early settlement conference, the parties shall submit an Amended Joint Status Report no later than **June 20, 2016**; and

1           (9) the Status (Pretrial Scheduling) Conference is
2   hereby reset for **July 5, 2016** at 1:30 p.m. in Courtroom No. 5.
3           IT IS SO ORDERED.
4   Dated:  April 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE