| | |
|---|---|
| 1 | CATHERINE M. CORFEE, ESQ.   (SBN 155064) |
| 2 | CORFEE STONE & ASSOCIATES |
|   | P.O. Box 1098 |
| 3 | Carmichael, CA 95609 |
| 4 | Office (916) 487-5441 |
|   | Facsimile (916) 487-5440 |
| 5 | Attorneys for Defendant, LAKE NATOMA LODGING |

JEFF A. HARRISON, ESQ. (SBN 151227)
SARA PEZESHKPOUR, ESQ. (SBN 260240)
METZ AND HARRISON, LLP
139 Richmond St.
El Segundo, CA 90245
Office (310) 648-8755
Facsimile (310) 648-8734

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 2:15-cv-02407- WBS KJN |
| Plaintiff, | |
| vs. | **ORDER CONTINUING DEADLINE FOR EARLY SETTLEMENT CONFERENCE** |
| LAKE NATOMA LODGING, L.P., a California partnership, | |
| Defendant. | |

This matter came before the Court upon a Joint Stipulation of all parties, seeking to continue the deadline to hold the Early Settlement Conference in this matter.  After reviewing the stipulation, and for good cause shown, THE COURT HEREBY ORDERS that the deadline for the Early Settlement Conference to be held in this matter be continued from June 10, 2016 to **<u>August 10, 2016</u>**.   The parties shall contact the assigned Magistrate Judge's courtroom deputy

no later than **June 10, 2016** by phone or email to schedule the early settlement conference. If a settlement is not reached at the early settlement conference, the parties shall submit an Amended Joint Status Report no later than **September 12, 2016**. The Status (Pretrial Scheduling) Conference is hereby reset for **September 26, 2016 at 1:30 p.m**. in Courtroom No. 5. The parties shall comply with all other orders as outlined in the Court's Amended Order Setting Early Settlement Conference and Stay filed April 1, 2016 (Docket No. 10). This action shall remain stayed pending conclusion of the early settlement conference.

**IT IS SO ORDERED.**

Dated: April 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE