# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, <br><br> Plaintiff, <br><br> vs. <br><br> LAKE NATOMA LODGING, L.P., <br><br> Defendant. | Case No.: **2:15-cv-02407-WBS KJN** <br><br> *Hon. William B. Shubb* <br><br> **ORDER RE: JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorneys' fees, expenses and costs.

Dated: December 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE
- 1 -